

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-22-00061-CR**

**IN RE WILLIAM CHARLES WEBB**

---

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2012-678-C2**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator's petition for writ of mandamus filed on March 4, 2022, is denied.


STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Smith,
        and Justice Wright[1]
Petition denied
Opinion delivered and filed March 23, 2022
Do not publish
[OT06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. See TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.